# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

SUZANNE ODDO v ASSET ACCEPTANCE LLC

Case Number:
FILED: JULY 18, 2008
08CV4089
JUDGE ANDERSON
MAGISTRATE JUDGE SCHENKIER
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF SUZANNE ODDO

| | |
|---|---|
| NAME (Type or print) <br> GREGORY H MOSS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ GREGORY H MOSS | |
| FIRM <br> KROHN & MOSS LTD | |
| STREET ADDRESS <br> 120 W MADISON ST, 10TH FLOOR | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229911 | TELEPHONE NUMBER <br> (312) 578-9428 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |