## United States District Court for the Northern District of Illinois

Case Number: 08CV4089     Assigned/Issued By: DAJ

Judge Name: ANDERSEN     Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP       [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2946270

Date Payment Rec'd: 07/18/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                           [ ] Alias Summons

[ ] Third Party Summons            [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                       (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
       (Type of Writ)

1 Original and 0 copies on 07/18/08 as to DEF.

C:\wpwin80\docket\feeinfo.frm     03/14/05