IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUZANNE ODDO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASSET ACCEPTANCE, LLC, )<br>)<br>Defendant. ) | Case No.: 08 CV 4089<br><br>Judge: Andersen<br><br>Magistrate Judge Schenkier |

**UNOPPOSED MOTION FOR A 21-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT**

Defendant Asset Acceptance, LLC by its attorneys David M. Schultz and Jennifer W. Weller and for its 21- Day Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint states as follows:

1. Defendant is to file a responsive pleading to Plaintiff's Complaint on September 2, 2008.

2. Defense counsel was recently retained and needs additional time to evaluate and analyze the issues raised in this case.

3. Accordingly, Defendant requests an additional 21 days until September 23, 2008, to answer or otherwise plead to the Complaint.

4. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

5. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

6356606v1  891674  49810

WHEREFORE, Asset Acceptance, LLC, respectfully requests that this court grant it an additional 21 days to respond to plaintiff's complaint to on or before September 23, 2008.

Respectfully submitted,

By: s/*Jennifer W. Weller*
Jennifer W. Weller

One of the attorneys for Defendant
Asset Acceptance, LLC

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

2