IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUZANNE ODDO,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | Case No.: 08 CV 4089<br><br>Judge: Andersen<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:  Gregory Howard Moss        gmoss@consumerlawcenter.com
     Aaron Radbil               aradbil@consumerlawcenter.com
     Eric J Kaczander           ekaczander@consumerlawcenter.com
     Lee Cassie Yates           cyates@consumerlawcenter.com
     Scott Michael Cohen        scohen@consumerlawcenter.com
     Krohn & Moss, Ltd.
     120 W. Madison St., 10th Floor
     Chicago, IL 60602
     (312) 578-9428

**PLEASE TAKE NOTICE** that on September 4, 2008, at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Wayne R. Andersen or any Judge sitting in his/her stead in Courtroom 1403, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR A 21-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

s/ *Jennifer W. Weller*
Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6357022v1 891674 49810

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR A 21-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6357022v1 891674 49810