IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUZANNE ODDO, | ) |
| Plaintiff, | ) Case No.: 08 CV 4089 |
| v. | ) Judge: Anderson |
| ASSET ACCEPTANCE, LLC, | ) Magistrate Judge Schenkier |
| Defendant. | ) |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Defendant, Asset Acceptance, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates states as follows:

1. Asset Acceptance, LLC is an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation, a publicly traded Delaware Corporation.

2. No publicly-held corporation owns 5% or more of Asset Acceptance Capital Corp.'s stock.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

By: s/*Jennifer W. Weller*
Jennifer W. Weller

6358932v1 891674 49810

## CERTIFICATE OF SERVICE

    I hereby certify that on **September 5, 2008,** I electronically filed the above and foregoing **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                          HINSHAW & CULBERTSON LLP

                                                          s/ *Jennifer W. Weller*
                                                          Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6358932v1 891674 49810